Engle's Holiday Harbor Liquor License Case.

Argued April 12, 1966. *Floyd R. Warren,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Frank C. Carroll,* with him *Alexander McIlvaine,* for appellee.

Order affirmed.

WATKINS, J., absent.

Harvey's House Liquor License Case.

Argued April 13, 1966. *Charles J. Duffy, Jr.,* with him *Gerald W. Weaver,* for appellant; *Floyd R. Warren,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

WATKINS, J., absent.